UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**06 CV 15488**

MICHAEL CARBONI et al.
**Plaintiff**

-v-

BOB LAKE et al.
**Defendant**

Case No.

JUDGE HOLWELL

Rule 7.1 Statement



RECEIVED
DEC 27 2006
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for R.J. O'BRIEN AND ASSOCIATES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: December 27, 2006

Signature of Attorney

Attorney Bar Code: MW-0290
Michael O. Ware
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, N.Y. 10019
(212) 506-2500

Form Rule7_1.pdf