UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MICHAEL CARBONI and<br>C.O.M. TRADING, INC., | : <br>: | 06 Civ. 15488 (RJH)<br>ECF Case |
| Plaintiffs, | : | |
| | : | **AFFIDAVIT OF SERVICE** |
| – against – | : | |
| | : | |
| BOB LAKE and R.J. O'BRIEN &<br>ASSOCIATES, INC., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - :x

STATE OF NEW YORK   )
                    : *ss.*:
COUNTY OF NEW YORK )

  MICHAEL O. WARE, being duly sworn, deposes and says:

  1. I am a member of the Bar of this Court and am counsel to Mayer, Brown, Rowe & Maw LLP, attorneys for defendants Bob Lake and R.J. O'Brien and Associates, Inc.

  2. On December 27, 2006, at 26 Broadway in New York City, I served the documents listed below by delivering copies in-hand to plaintiffs' attorneys Herman Wun and Pierre Sussman:

   a) Notice of Removal;

   b) Civil Cover Sheet;

c) Rule 7.1 Statement;

d) Individual Practices of Judge Richard J. Holwell, dated September 25, 2006;

e) Individual Practices of Magistrate Judge Ronald L. Ellis, dated April 15, 1999;

f) The Court's 3rd Amended Instructions for Filing an Electronic Case or Appeal, dated June 7, 2004;

g) The Court's Procedures for Electronic Case Filing, dated March 6, 2003; and,

h) The Court's Guidelines for Electronic Case filing, printed from http://www.nysd.uscourts.gov/cmecf/policies/ecffaqsguideans.htm on December 27, 2006.

*(signature)*

_____
MICHAEL O. WARE (MW-0290)
MAYER, BROWN, ROWE & MAW LLP
  1675 Broadway
  New York, N.Y. 10019
  (212) 506-2500
*Attorneys for defendants Bob Lake and*
  *R.J. O'Brien and Associates, Inc.*

Sworn to before me this
28th day of December, 2006.

*(signature)*

Notary Public

THOMAS J. BRENNAN
Notary Public, State of New York
No. 01BR5048229
Qualified in Dutchess County
Commission Expires August 21, 2009

– 2 –