AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

MICHAEL CARBONI

v.

BOB LAKE, R.J. O'BRIEN, INC

**APPEARANCE**

Case Number: 15488 - 06

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL CARBONI

I certify that I am admitted to practice in this court.

5/22/07
Date

Signature

Pierre Sussman
Print Name

PS 0524
Bar Number

2197 7th Ave
Address

New York    NY    10027
City    State    Zip Code

(212) 860-8510
Phone Number

(718) 228-9292
Fax Number