UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL CARBONI, et al.,

        Plaintiffs,

    -against-

BOB LAKE, et al.,

        Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/07
```

06 Civ. 15488 (RJH)

**ORDER**

The parties are directed to appear on October 5, 2007 at 3:00 p.m. in the Courtroom of the Hon. Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007, for oral argument on defendants' motion for a stay pending arbitration.

SO ORDERED.

Dated: New York, New York
       August 16, 2007

                                      Richard J. Holwell
                                      United States District Judge