UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Michael Carboni and C.O.M. Trading, Inc.,

                Plaintiff,

                06   CIVIL 15488   ( RJH )

    -against-

Bob Lake and R.J. O'Brien & Associates, Inc.,

                Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Michael O. Ware, attorney for defendants.

[x] *Attorney*

    [x]   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        MW-0290

    [ ]   I am a Pro Hac Vice attorney

    [ ]   I am a Government Agency attorney

[x] *Law Firm/Government Agency Association*

    From: Mayer, Brown, Rowe & Maw LLP

    To:   Mayer Brown LLP

    [x]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] *Address:*   1675 Broadway

[ ] *Telephone Number:*   (212) 506-2500

[ ] *Fax Number:*   (212) 262-1910

[ ] *E-Mail Address:*   mware@mayerbrown.com

Dated: Aug. 31, 2007