UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL CARBONI, et al.,

                Plaintiffs,

      -against-

BOB LAKE, et al.,

                Defendants.

------------------------------------------------------------x

06 Civ. 15488 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

This action having been stayed due to pending arbitration proceedings, it is hereby ORDERED that the action be transferred to the suspense docket. The parties are directed to notify the Court within 20 days of the completion of arbitration.

SO ORDERED.

Dated: New York, New York
       October 8, 2007

_____
Richard J. Holwell
United States District Judge