UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL CARBONI, et al.,

              Plaintiffs,

      -against-

BOB LAKE, et al.,

              Defendants.

------------------------------------------------------------x

06 Civ. 15488 (RJH)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

For the reasons stated on the record at the hearing held on October 5, 2007, defendants' motion to stay this action pending arbitration [6] is GRANTED.

SO ORDERED.

Dated: New York, New York
       October 8, 2007

                                          Richard J. Holwell
                                        United States District Judge