UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL CARBONI, et al.,                        :

                   Plaintiffs,        :

                                   :        06 Civ. 15488 (RJH)

          -against-                          :        **ORDER**

BOB LAKE, et al.,                                   :

                  Defendants.        :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

       The Court is in receipt of plaintiff Michael Carboni's letter to the Court dated November 28, 2007. This action has not been dismissed and Plaintiffs' counsel has not moved to withdraw as counsel for Mr. Carboni. Because Mr. Carboni is still represented by counsel in this action, all communications with the Court should occur via counsel.

       Mr. Carboni apparently asks the Court for a postponement of the deadline by which he must file his arbitration claim and for permission to submit his claim to a different arbitration body. The Court is without authority to grant the requested relief. These matters are likely governed by NYMEX arbitration rules.

       In light of Mr. Carboni's statement that his arbitration claim must be submitted by December 13, 2007, Plaintiffs' counsel is directed to timely notify Mr. Carboni of this Order.

SO ORDERED.

Dated:  New York, New York
         December 4, 2007

                                   Richard J. Holwell
                              United States District Judge