UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MICHAEL CARBONI and<br>C.O.M. TRADING, INC., : | 06 Civ. 15488 (RJH)<br>: ECF Case |
| Plaintiffs, : | |
| : | **AFFIDAVIT OF SERVICE**<br>**OF ORDER TO SHOW** |
| – against – : | **CAUSE** |
| : | |
| BOB LAKE and R.J. O'BRIEN &<br>ASSOCIATES, INC., : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                   : *ss.*:
COUNTY OF NEW YORK )

THOMAS J. BRENNAN, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this action. I am an employee of Mayer, Brown, Rowe & Maw LLP, attorneys for defendants.

2. On February 11, 2008, in accordance with its terms of the ORDER TO SHOW CAUSE WITH INTERIM STAY dated February 11, 2008, I served:

   A.  The ORDER TO SHOW CAUSE WITH INTERIM STAY, with annexed (i) AFFIDAVIT (of Michael O. Ware) IN SUPPORT OF MOTION, BY ORDER TO SHOW CAUSE, TO STAY ARBITRATION PROCEEDINGS COMMENCED IN THE WRONG FORUM, sworn to February 7, 2008, with Exhibits A-F; and (ii) AFFIDAVIT OF ANNE M. FARRIS, sworn to February 7, 2008, and;

   B.  MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION, BY ORDER TO SHOW CAUSE, TO STAY ARBITRATION

PROCEEDINGS COMMENCED IN THE WRONG FORUM, dated February 7, 2008,

on the following persons at the addresses specified:

Pierre Sussman, Esq.
2197 Seventh Ave.
New York, NY 10027

Herman Wun, Esq.
26 Broadway, 25th Fl.
New York, NY 10004

Harold P. Gewerter, Esq.
Gewerter & Associates
5440 W. Sahara Ave., 3d Fl.
Las Vegas, NV 89146

Michael J. Carboni
2911 E. Viking Rd.
Las Vegas, NV 89146,

with an additional copy to:

Mr. Michael J. Carboni
3887 Pacific St.
Las Vegas, Nev. 89121,

via United Parcel Service Next-Day Air, by depositing copies thereof in properly sealed and addressed wrappers into the custody of United Parcel Service, with appropriate arrangements for next-day delivery. The waybills are annexed as an exhibit hereto.

THOMAS J. BRENNAN

Subscribed and sworn to before me
this 11th day of February, 2008.

Notary Public
MICHAEL O. WARE
Notary Public, State of New York
No. 02WA5069488
Qualified in New York County
Commission Expires May 1, 2011

## UPS Next Day Air®
## UPS Worldwide Express℠
### Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z 720 93W 22 1111 9465

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: **72093W**
REFERENCE NUMBER: 06522-Ware-06156908
NAME: Michael Ware, Esq.
TELEPHONE: 212-506-2707
COMPANY: **MAYER BROWN LLP**
STREET ADDRESS: **1675 BROADWAY FLR 19**
CITY AND STATE: **NEW YORK**
ZIP CODE: **NY 10019-5820**

**2 EXTREMELY URGENT DELIVERY TO**
NAME: Harold P. Gewerter, Esq.
COMPANY: Gewerter & Associates
STREET ADDRESS: 5440 W. Sahara Avenue,
DEPT./FLR.: 3rd Fl.
Residential Delivery
CITY AND STATE: Las Vegas, NV
ZIP CODE: 89146

**3 WEIGHT** — Enter "LTR" if Letter / DIMENSIONAL WEIGHT If Applicable / LARGE PACKAGE
**4 SHIPPER RELEASE**
CHARGES

**5 TYPE OF SERVICE**
[X] NEXT DAY AIR
[ ] EXPRESS (INT'L)
For Worldwide Express Shipments — Mark an "X" in this box if shipment only contains documents of no commercial value.
[ ] DOCUMENTS ONLY

**6 OPTIONAL SERVICES**
[ ] SATURDAY PICKUP
[ ] SATURDAY DELIVERY
[ ] DECLARED VALUE FOR CARRIAGE — Contents are automatically protected up to $100. For declared value over $100, see instructions. AMOUNT
[ ] C.O.D. — If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. AMOUNT

**7 ADDITIONAL HANDLING CHARGE**
[ ] An Additional Handling Charge applies for certain items. See instructions.

**TOTAL CHARGES**

**8 METHOD OF PAYMENT**
[X] BILL SHIPPER'S ACCOUNT NUMBER — IN SECTION 1
[ ] BILL RECEIVER DOMESTIC ONLY
[ ] BILL THIRD PARTY — RECORD ACCOUNT NO. IN SECTION 9
[ ] CREDIT CARD — American Express, Diner's Club, MasterCard, Visa
[ ] CHECK

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. / EXPIRATION DATE
THIRD PARTY'S COMPANY NAME
STREET ADDRESS
CITY AND STATE / ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10 SHIPPER'S SIGNATURE** X

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

DATE OF SHIPMENT

0101911202609 1/07 S

SHIPPER'S COPY

# UPS Next Day Air® / UPS Worldwide Express℠

## Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z 720 93W 22 1111 9456

### 1. SHIPMENT FROM

- **SHIPPER'S UPS ACCOUNT NO.:** 72093W
- **REFERENCE NUMBER:** 06522-Ware-06156908
- **NAME:** Michael Ware, Esq.
- **TELEPHONE:** 212-506-2707
- **COMPANY:** MAYER BROWN LLP
- **STREET ADDRESS:** 1675 BROADWAY FLR 19
- **CITY AND STATE:** NEW YORK
- **ZIP CODE:** NY 10019-5820

### 2. EXTREMELY URGENT DELIVERY TO

- **NAME:** Herman Wun, Esq.
- **TELEPHONE:**
- **COMPANY:**
- **STREET ADDRESS:** 26 Broadway, 25th Floor
- **DEPT./FLR.:**
- **Residential Delivery:**
- **CITY AND STATE:** New York, New York
- **ZIP CODE:** 10004

### 3. WEIGHT
### 4. SHIPPER RELEASE
### 5. TYPE OF SERVICE: [X] NEXT DAY AIR
### 6. OPTIONAL SERVICES
### 7. ADDITIONAL HANDLING CHARGE
**TOTAL CHARGES:**
### 8. METHOD OF PAYMENT: [X] BILL SHIPPER'S ACCOUNT NUMBER
### 9. RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.
### 10. SHIPPER'S SIGNATURE: X [signature]

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

0101911202609 1/07 S

**SHIPPER'S COPY**

# UPS Next Day Air®
# UPS Worldwide Express℠
## Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z 720 93W 22 1111 9474

### ① SHIPMENT FROM

**SHIPPER'S UPS ACCOUNT NO.:** 72093W

**REFERENCE NUMBER:** 06522-Ware-06156908

**NAME:** Michael Ware, Esq.
**TELEPHONE:** 212-506-2707
**COMPANY:** MAYER BROWN LLP
**STREET ADDRESS:** 1675 BROADWAY FLR 19
**CITY AND STATE:** NEW YORK
**ZIP CODE:** NY 10019-5820

### ② EXTREMELY URGENT DELIVERY TO

**NAME:** Michael J. Carboni
**TELEPHONE:**
**COMPANY:**
**STREET ADDRESS:** 2911 E. Viking Road
**DEPT./FLR.:**
**Residential Delivery:** ☐
**CITY AND STATE:** Las Vegas, NV
**ZIP CODE:** 89146

### ③ WEIGHT
- WEIGHT (Enter "LTR" If Letter):
- DIMENSIONAL WEIGHT If Applicable:
- LARGE PACKAGE: ☐

### ④ SHIPPER RELEASE ☐    1/1

### ⑤ TYPE OF SERVICE
- NEXT DAY AIR: ☒
- EXPRESS (INT'L): ☐
- FOR WORLDWIDE EXPRESS SHIPMENTS — DOCUMENTS ONLY: ☐

### ⑥ OPTIONAL SERVICES
- SATURDAY PICKUP: ☐
- SATURDAY DELIVERY: ☐
- DECLARED VALUE FOR CARRIAGE: $
- C.O.D.: ☐   $

### ⑦ ADDITIONAL HANDLING CHARGE ☐

**CHARGES:** $

### ⑧ METHOD OF PAYMENT
- BILL SHIPPER'S ACCOUNT NUMBER: ☒ (IN SECTION 1)
- BILL RECEIVER (DOMESTIC ONLY): ☐
- BILL THIRD PARTY: ☐ (RECORD ACCOUNT NO. IN SECTION 9)
- CREDIT CARD (American Express, Diner's Club, MasterCard, Visa): ☐
- CHECK: ☐

### ⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.
**EXPIRATION DATE:**
**THIRD PARTY'S COMPANY NAME:**
**STREET ADDRESS:**
**CITY AND STATE:**
**ZIP CODE:**

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

### ⑩ SHIPPER'S SIGNATURE X [signature]

**DATE OF SHIPMENT:** / /

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

0101911202609 1/07 S

**SHIPPER'S COPY**

## UPS Next Day Air / UPS Worldwide Express

### Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z 720 93W 22 1111 9483

**1 SHIPMENT FROM**
- SHIPPER'S UPS ACCOUNT NO.: 72093W
- REFERENCE NUMBER: 06522-Ware-06156908
- NAME: Michael Ware, Esq.
- TELEPHONE: 212-506-2707
- COMPANY: MAYER BROWN LLP
- STREET ADDRESS: 1675 BROADWAY FLR 19
- CITY AND STATE: NEW YORK
- ZIP CODE: NY 10019-5820

**2 EXTREMELY URGENT DELIVERY TO**
- NAME: Mr. Michael J. Carboni
- COMPANY:
- STREET ADDRESS: 3887 Pacific Street
- CITY AND STATE: Las Vegas, NV
- ZIP CODE: 89121

**3 WEIGHT**

**5 TYPE OF SERVICE:** X NEXT DAY AIR

**6 OPTIONAL SERVICES**

**7 ADDITIONAL HANDLING CHARGE**

**8 METHOD OF PAYMENT:** Bill Shipper's Account Number (X in Section 1)

**10 SHIPPER'S SIGNATURE:** X [signature]

**DATE OF SHIPMENT:** 2/1/8

0101911202609 1/07 S

SHIPPER'S COPY

**UPS Next Day Air®**
**UPS Worldwide Express℠**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z 720 93W 22 1111 9438

**① SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO.: 72093W

REFERENCE NUMBER: 06522-Ware-06156908

NAME: Michael Ware, Esq.
TELEPHONE: 212-506-2707
COMPANY: MAYER BROWN LLP
STREET ADDRESS: 1675 BROADWAY FLR 19
CITY AND STATE: NEW YORK
ZIP CODE: NY 10019-5820

**② EXTREMELY URGENT DELIVERY TO**

NAME: Pierre Sussman, Esq.
COMPANY:
STREET ADDRESS: 2197 Seventh Avenue
CITY AND STATE: New York, New York
ZIP CODE: 10027

**③ WEIGHT**
**④ SHIPPER RELEASE**
**⑤ TYPE OF SERVICE**: XX NEXT DAY AIR
**⑥ OPTIONAL SERVICES**
**⑦ ADDITIONAL HANDLING CHARGE**
**⑧ METHOD OF PAYMENT**: XX BILL SHIPPER'S ACCOUNT NUMBER
**⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**
**⑩ SHIPPER'S SIGNATURE** X [signature]

DATE OF SHIPMENT: 2-14-18

0101911202609 1/07 S

SHIPPER'S COPY