UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MICHAEL CARBONI et. al., : | |
|            Plaintiffs, : | 06 Civ. 15488 (RJH) |
|   : | ECF Case |
|   : | **SUPPLEMENTAL RULE 7.1** |
| – against – | **DISCLOSURE STATEMENT** |
|   : | |
| BOB LAKE et al., : | |
|            Defendants. : | |

- - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 7.1(b)(2), defendant R.J. O'Brien and Associates, LLC f/k/a R.J. O'Brien and Associates, Inc. ("RJO") discloses that it has become a subsidiary of RJO Holdings Corp. ("Holdings") and that no public company holds 10% of the interests in RJO or of the shares in Holdings.

Dated:  New York, New York
        February 28, 2008

Respectfully submitted,

/s/ Michael O. Ware
_____
Michael O. Ware
   mware@mayerbrown.com
MAYER BROWN LLP
   1675 Broadway
   New York, N.Y. 10019
   (212) 506-2500
*Attorneys for defendant R.J. O'Brien*
   *and Associates, LLC f/k/a R.J. O'Brien*
   *and Associates, Inc.*