UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____        │
│ DATE FILED: 3/10/08           │
└──────────────────────────────┘
```

_____x

MICHAEL CARBONI and C.O.M. TRADING, INC.,

               Plaintiff

               06 Civ. 15488 (RJH)

               ECF Case

-against-

               NOTICE OF MOTION TO
               WITHDRAW AS
               COUNSEL

BOB LAKE , R.J. O'BRIEN, INC.

               Defendants

_____x

PLEASE TAKE NOTICE that upon the affirmation of Pierre Sussman, sworn to the day of March 5 , 2008 , a motion will be made at the United States District Court for the Southern District of New York, before the Honorable  Richard J.Holwell , located at Courtroom 17B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, on the day of  March  4 , 2008 , at 4 — o'clock in the noon of that day, or as soon thereafter as counsel can be heard, for an order permitting plaintiffs' attorneys of record , to withdraw as attorneys in this matter, and for such other and further relief as may be just, proper, and equitable.

Dated: New York, New York

       March 6 , 2008

SO ORDERED

USDJ

3/6/08

1