UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
MICHAEL CARBONI and C.O.M. TRADING, :
INC., :
                   Plaintiffs, :
:
:    06 Civ. 15488 (RJH)
       -against- :
:    **ORDER**
BOB LAKE and R.J. O'BRIEN & :
ASSOCIATES, INC., :
                 Defendants. :
:
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

      During a March 6, 2008 hearing in this matter, the Court granted the motion of plaintiffs' counsel Pierre Sussman and Herman Wun requesting leave to withdraw as counsel of record for plaintiffs.

      Mr. Carboni may represent himself on a *pro se* basis and is advised to call the *Pro Se* office at (212) 805-0175 for further assistance. Plaintiff C.O.M. Trading, Inc. ("C.O.M.") is advised that a corporation may not proceed as a *pro se* litigant; it must retain counsel to represent it. *See Dow Chem. Pac. Ltd. v. Rascator Maritime S.A.*, 782 F.2d 329, 336 (2d Cir. 1986). Therefore, the Court grants C.O.M. until April 11, 2008 to find alternative counsel. In the event an attorney admitted to practice before this Court fails to enter an appearance on behalf of C.O.M. by April 11, 2008, its claims will be dismissed. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–632 (1962) (holding that a court has inherent power to dismiss an action *sua sponte*).

      At the March 6, 2008 hearing, the Court also heard argument on defendants' "Motion, by Order to Show Cause, to Stay Arbitration Proceedings Commenced in the

2

Wrong Forum." The Court reserved decision on this motion and granted Mr. Carboni until March 21, 2008 to submit a written opposition to defendants' motion. Mr. Carboni is instructed to contact the *Pro Se* Office for assistance in filing his opposition.

SO ORDERED.

Dated: New York, New York
       March 6, 2008

_____
Richard J. Holwell
United States District Judge