# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

March 25, 2008

**Michael O. Ware**
Direct Tel (212) 506-2593
mware@mayerbrown.com

BY HAND DELIVERY

Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 1950
New York, N.Y. 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08



RECEIVED
MAR 25 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:   Carboni v. Lake, 06 Civ. 15488 (RJH)

Dear Judge Holwell:

I am one of the attorneys for the defendants in this action, which the Court stayed in October 2007 in favor of arbitration proceedings, not yet filed, before the New York Mercantile Exchange, Inc.. On March 6 the Court heard argument on defendants' motion to stay arbitration proceedings the now-pro se plaintiff Michael (Oscar) Carboni has commenced at the National Futures Association.

Taking up the Court's March 6 invitation, last week Mr. Carboni submitted papers in opposition to the motion. I write today to seek leave for the defendants to file a two-page reply memorandum; chambers copies of the proposed brief are enclosed.

Yesterday I asked Mr. Carboni to consent to this request. He declined.

Respectfully submitted,

Michael O. Ware

*Application Granted*
*So ORDERED*
[signature]
USDJ
4/3/08

cc: Mr. Michael (Oscar) Carboni
    (w/encl. by email and First Class Mail)

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).