UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL CARBONI and C.O.M. TRADING, INC.,

          Plaintiffs,

-against-

BOB LAKE and R.J. O'BRIEN & ASSOCIATES, INC.,

          Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

06 Civ. 15488 (RJH)

**ORDER**

In a March 6, 2008 Order, the Court stated that corporate plaintiff C.O.M. Trading, Inc. ("C.O.M.") could not proceed as a *pro se* litigant and that if an attorney admitted to practice before this Court failed to enter an appearance on behalf of C.O.M. on or before April 11, 2008, its claims would be dismissed. Because C.O.M. remains unrepresented in this action, this plaintiff is terminated from the action and its claims are dismissed without prejudice.

SO ORDERED.

Dated: New York, New York
       June 20, 2008

                                          Richard J. Holwell
                                          United States District Judge